UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA
EASTERN DIVISION

| | |
|---|---|
| JANA R. ROSENKRANZ, JOAN MONDRY and RAMONA DRISCOLL, individually and on behalf of all others similarly situated,<br><br>       Plaintiffs,<br><br>vs.<br><br>ALTRU HEALTH SYSTEM, THE CHIEF FINANCIAL OFFICER AND THE CHIEF PEOPLE RESOURCE EXECUTIVE OF ALTRU HEALTH SYSTEM, THE INVESTMENT COMMITTEE AND RETIREMENT COMMITTEE OF ALTRU HEALTH SYSTEM, and JOHN DOES 1-30,<br><br>       Defendants. | Civil No: 3:20-cv-00168-ARS |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Benjamin J. Sand of Crowley Fleck PLLP appears as counsel on behalf of Defendants in the above-captioned matter.  Please include the undersigned in the service of all future correspondence and pleadings in this case.

DATED this 21st day of December, 2020.

   */s/ Benjamin J. Sand*
   Benjamin J. Sand (ND ID #07981)
   bsand@crowleyfleck.com
   CROWLEY FLECK PLLP

   Attorneys for Defendants
   100 West Broadway Ave., Suite 250
   P.O. Box 2798
   Bismarck, North Dakota 58502-2798
   Phone: (701) 223-6585
   Fax: (701) 222-4853