UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| JANA R. ROSENKRANZ, JOAN MONDRY and RAMONA DRISCOLL, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>ALTRU HEALTH SYSTEM, THE ALTRU HEALTH SYSTEM RETIREMENT COMMITTEE, and JOHN DOES 1-30.<br><br>    Defendants. | CIVIL ACTION NO.: 3:20-cv-00168<br><br>Chief Judge Peter Welte |

**PLAINTIFFS JANA R. ROSENKRANZ, JOAN MONDRY AND RAMONA DRISCOLL'S UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT, APPROVAL OF CLASS NOTICE, AND SCHEDULING OF A FAIRNESS HEARING**

Plaintiffs Jana R. Rosenkranz, Joan Mondry and Ramona Driscoll (collectively, "Plaintiffs"), participants in the Altru Health System Retirement Savings Plan (the "Plan"), respectfully submit this Unopposed Motion for Preliminary Approval of Class Action Settlement entered into with Defendants[1] (the "Settlement" or "Settlement Agreement), Approval of Class Notice, and Scheduling of a Fairness Hearing ("Motion for Preliminary Approval) and respectfully move this Court for an Order granting the relief sought.  The grounds for this motion are set forth in  the memorandum of law in support of this motion, and Plaintiffs' counsel's declaration, which are submitted herewith.

  A Proposed Order is submitted herewith.

---

[1] "Defendants" refers, collectively, to Altru Health System ("Altru") and the Altru Health System Retirement Committee (the "Committee).

Dated:  November 20, 2023                    Respectfully submitted,

                                               **CAPOZZI ADLER, P.C.**

*/s/ Mark K. Gyandoh*
Mark K. Gyandoh, Esquire
312 Old Lancaster Road
Merion Station, PA 19066
Telephone: (610) 890-0200
Facsimile:  (717) 233-4103
Email: markg@capozziadler.com

**CAPOZZI ADLER, P.C.**
Donald R. Reavey, Esquire
2933 North Front Street
Harrisburg, PA 17110
Telephone: (717) 233-4101
Facsimile: (717) 233-4103
Email: donr@capozziadler.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 20, 2023, a true and correct copy of the foregoing document was filed with the Court utilizing its ECF system, which will send notice of such filing to all counsel of record.

By: *Mark K. Gyandoh*
Mark K. Gyandoh, Esq.