## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| JANA R. ROSENKRANZ, JOAN MONDRY and RAMONA DRISCOLL, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>ALTRU HEALTH SYSTEM, THE ALTRU HEALTH SYSTEM RETIREMENT COMMITTEE, and JOHN DOES 1-30.<br><br>　　　　　　　　　　Defendants. | CIVIL ACTION NO.: 3:20-cv-00168<br><br>Chief Judge Peter Welte |

## STIPULATION OF DISMISSAL

Plaintiffs, Jana Rosenkranz, Joan Mondry, and Ramona Driscoll ("Plaintiffs"), and Defendants, Altru Health System and the Altru Health System Retirement Committee ("Defendants"), having resolved this action per the terms of the Settlement Agreement approved by the Court in its September 30, 2024 Final Approval Order and Judgment (ECF No. 84), hereby stipulate to the dismissal of this action with prejudice.

*(space intentionally left blank)*

-2-

Respectfully submitted this 3rd day of December, 2024.

| | |
|---|---|
| By: */s/ Sean McMahon*<br>**MORGAN, LEWIS & BOCKIUS LLP**<br>Sean McMahon (*pro hac vice*)<br>1717 Main Street, Suite 3200<br>Dallas, TX  75201<br>Telephone (214) 466-4102<br>Facsimile: (214) 466-41001<br>Email:  sean.mcmahon@morganlewis.com<br><br>Jeremy P. Blumenfeld (*pro hac vice*)<br>A. Klair Fitzpatrick (*pro hac vice*)<br>1701 Market Street<br>Philadelphia, PA 19103-2921<br>Telephone: (215) 963-5000<br>Facsimile: (215) 963-5001<br>Email:  jeremy.blumenfeld@morganlewis.com<br>         klair.fitzpatrick@morganlewis.com<br><br>Samuel D. Block (*pro hac vice*)<br>110 North Wacker Drive<br>Chicago, IL 60606-1511<br>Telephone: (312) 324-1000<br>Facsimile: (312) 324-1001<br>Email: samuel.block@morganlewis.com<br><br>*Attorneys for Defendants* | By: */s/ Mark K. Gyandoh*<br>**CAPOZZI ADLER, P.C.**<br>Mark K. Gyandoh (*pro hac vice*)<br>312 Old Lancaster Road<br>Merion Station, PA 19066<br>Telephone: (610) 890-0200<br>Facsimile: (717) 233-4103<br>Email:  markg@capozziadler.com<br><br>Donald R. Reavey (*pro hac vice*)<br>2933 North Front Street<br>Harrisburg, PA 17110<br>Telephone: (717) 233-4101<br>Facsimile: (717) 233-4103<br>Email:  donr@capozziadler.com<br><br>*Attorneys for Plaintiffs* |

**SO ORDERED:**

This ____ day of December 2024.             _____
                                            Honorable Peter Welte
                                            U.S.D.J.