**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
EASTERN DIVISION**

| | |
|---|---|
| Jana Rosenkranz, et al.,             )<br>                                                        )<br>            Plaintiffs,                      )<br>                                                        )<br>vs.                                                 )<br>                                                        )<br>Altru Health System, et al.,          )<br>                                                        )<br>            Defendants.                   ) | **ORDER ADOPTING STIPULATION<br>OF DISMISSAL**<br><br>Case No. 3:20-cv-168 |

The parties filed a joint stipulation of dismissal after resolving the matter per the terms of a settlement agreement approved by the Court. Doc. 86. The Court **ADOPTS** the stipulation (Doc. 86) in its entirety and **ORDERS** the entire action dismissed with prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

**IT IS SO ORDERED**.

Dated this 3rd day of December, 2024.

*/s/ Peter D. Welte*
Peter D. Welte, Chief Judge
United States District Court